UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA FADIPE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KERN COUNTY, d/b/a KERN MEDICAL )<br>CENTER, DOES 1through 10, inclusive, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 1: 11-CV-01788-AWI-JLT<br><br>ORDER GRANTING ORAL STIPULATION TO AMEND COMPLAINT TO REFLECT THE CORRECT NAME OF DEFENDANT COUNTY OF KERN |

On February 23, 2012, the Court conducted the scheduling conference in this matter. At the time, the Court noted that Kern Medical Center was not a "dba" of the County of Kern but a mere Department of the County of Kern. This was confirmed by counsel for the Defendants. As a result, Plaintiff agreed that the complaint should be amended to reflect that the correct designation of the non-Doe Defendant.

Therefore, good cause appearing, the Court **ORDERS**:

1. The complaint is amended to reflect the true name of the Defendants as "COUNTY OF KERN and DOES 1 through 10, inclusive."

IT IS SO ORDERED.

Dated:  **February 23, 2012**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE