1  **THERESA A. GOLDNER, COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Marshall S. Fontes, Deputy (SBN 139567)**
**Kern County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
4  **Telephone: 661-868-3800**
**Facsimile:  661-868-3805**

5

6  **Attorney for Defendant,**
**County of Kern**

7

8

9                              **UNITED STATES DISTRICT COURT**

10                              **EASTERN DISTRICT OF CALIFORNIA**

11

12  REGINA FADIPE,                          | **Case No. 1:11-CV-01788-AWI-JLT**

13                          Plaintiff,        STIPULATION AND ORDER RE
                                              CONTINUANCE OF MANDATORY
14          v.                                SETTLEMENT CONFERENCE

15  KERN COUNTY DBA KERN MEDICAL             (Doc. 15)
    CENTER, DOES 1 through 10,
16  inclusive,

17                          Defendants.

18

19          Plaintiff, REGINA FADIPE, through her attorney, Randy Rumph, Esq., and defendant

20  COUNTY OF KERN through its counsel, Deputy County Counsel Marshall S. Fontes, stipulate

21  as follows:

22  1.      There is good cause for granting a continuance of Mandatory Settlement Conference

23  which is currently scheduled for January 15, 2013 at 10:00 a.m. before the Honorable Jennifer

24  L. Thurston, Magistrate Judge, as set forth herein for the following reasons:

25          a.      After the scheduling of the conference, Counsel for the County of Kern, Marshall

26                  S. Fontes received notice that oral argument has been scheduled in the matter

27                  of David Derr v. County of Kern before the Fifth District Court of Appeal for 10:00

28                  a.m. on Janaury 15, 2013.  Counsel has been unable to locate another attorney

---

Stipulation and Order to Continue Mandatory Settlement Conference

1    within his firm to cover the conflicting appearance.

2          B.     Counsel for plaintiff, Randy Rumph, is scheduled to commence trial in the Tulare

3    County Superior Court on Monday, January 14, 2013.  Mr. Rumph had recently

4    been advised that his client would not be voluntarily dismissed by the plaintiff in

5    that action, contrary to prior representations, and will need to be present for trial.

6    Counsel is a solo practitioner and has no one that can cover the settlement

7    conference in this matter as currently set.

8    2.     The parties through their respective attorneys have met and conferred on this matter,

9    and are in agreement that good cause for the requested continuance therefore exists.

10   3.     Wherefore, the parties stipulate that the Court may continue the Mandatory Settlement

11   Conference one week, from January 15, 2013 to January 22, 2013, or to another date that is

12   convenient for the Court.

13   4.     Good cause exists for the granting of the requested continuance and no party will be

14   prejudiced by such relief.

15   Dated:  January 9, 2013          LAW OFFICES OF RANDY RUMPH

16

17   By:_____

18           Randy Rumph
             Counsel for Plaintiff, Regina Fadipe

19

20

21   Dated:  January 9, 2013          THERESA A. GOLDNER, COUNTY COUNSEL

22

23   By:_____
             Marshall S. Fontes, Deputy
24           Counsel for Defendant, County of Kern,

25

26

27

28

Stipulation and Order to Continue Mandatory Settlement Conference

1

<u>ORDER</u>

2        GOOD CAUSE appearing therefore, the Mandatory Settlement Conference in

3  the above-entitled matter is continued to January 22, 2013 at 10:00 a.m.

4  IT IS SO ORDERED.

5  Dated:  __**January 9, 2013**__                  **/s/ Jennifer L. Thurston**

6                                                    UNITED STATES MAGISTRATE JUDGE