**RANDY RUMPH** (SBN: 232235)
1401 - 19TH STREET, SUITE 200
BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600

ATTORNEY FOR PLAINTIFF REGINA FADIPE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA FADIPE,<br><br>                              PLAINTIFF,<br><br>   vs.<br>KERN COUNTY, DBA KERN MEDICAL<br>CENTER, DOES 1 through 10, inclusive,<br>                              DEFENDANTS | CASE NO.   . 1:11-CV-01788-AWI-JLT<br><br>STIPULATION TO DISMISS |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their

designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice

pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, each party to bear its own costs and

attorneys' fees.


DATED:  March 12, 2013                    OFFICE OF COUNTY COUNSEL

                                          /s/ Marshall S. Fontes
                                          _____
                                    By:   **MARSHAL S. FONTES**
                                          ATTORNEY FOR DEFENDANT COUNTY OF KERN


DATED:   March 13, 2013                   /s/ Randy Rumph
                                          _____
                                          **RANDY RUMPH**
                                          ATTORNEY FOR PLAINTIFF REGINA FADIPE

**O R D E R**

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1),*

IT IS SO ORDERED.

Dated:   March 20, 2013

_____

SENIOR  DISTRICT  JUDGE