1   **RANDY RUMPH**  (SBN:  232235)
    1401 - 19TH STREET, SUITE 200
2   BAKERSFIELD, CALIFORNIA   93301
    PHONE: (661) 322-4600
3
    ATTORNEY FOR PLAINTIFF REGINA FADIPE
4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9

10
                          **EASTERN DISTRICT OF CALIFORNIA**
11

12  REGINA FADIPE,                                CASE NO.   . 1:11-CV-01788-AWI-JLT
                                    PLAINTIFF,
13                                                **STIPULATION TO DISMISS**
         vs.
14  KERN COUNTY, DBA KERN MEDICAL
    CENTER, DOES 1 through 10, inclusive,
15                                  DEFENDANTS

16

17        **IT IS HEREBY STIPULATED** by and between the parties to this action, through their

18  designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice

19  pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, each party to bear its own costs and

20  attorneys' fees.

21
      DATED:  March 12, 2013             OFFICE OF COUNTY COUNSEL
22
                                         /s/ Marshall S. Fontes
23
                                    By:  **MARSHAL S. FONTES**
24                                       ATTORNEY FOR DEFENDANT COUNTY OF KERN

25
      DATED:   March 13, 2013            /s/ Randy Rumph
26
                                         **RANDY RUMPH**
27                                       ATTORNEY FOR PLAINTIFF REGINA FADIPE

28

1

**O R D E R**

2          The parties to this action having stipulated through their designated counsel, the above-

3    captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil*

4    *Procedure, Rule 41(a)(1),*

5    IT IS SO ORDERED.

6

Dated:     March 20, 2013     _____

7                                   SENIOR  DISTRICT  JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28